```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 19-CR-20803-BB-1


    UNITED STATES OF AMERICA,          )  Pages 1-10
                                       )
                   vs.                 )  Miami, Florida
                                       )
    SALMAN RASHID,                     )
                                       )  July 11, 2022
                   Defendant.          )  1:30 P.M.


              EXCERPT TRANSCRIPT OF COMPETENCY HEARING
                  BEFORE THE HONORABLE BETH BLOOM
                    UNITED STATES DISTRICT JUDGE



    APPEARANCES:

    For the Government:      MICHAEL THAKUR
                             United States Attorney's Office
                             99 NE 4th Street
                             Miami, Florida  33132

    For the Defendant:       MATTHEW PATRICK MEYERS
                             Matthew P. Meyers, P.A.
                             2103 Coral Way
                             Suite 401
                             Miami, Florida  33145







    Reported By:             VERNITA ALLEN-WILLIAMS
    Vernita_Allen-Williams   Official Court Reporter
    @flsd.uscourts.gov       United States District Court
    305.523.5048             400 North Miami Avenue
                             Miami, Florida  33128
```

|   |   |
|---|---|
| 1 | INDEX OF WITNESSES |
| 2 | DR. LISA FELDMAN: |
| 3 |     Direct Examination............Page 3 |
|   |     Cross-Examination.............Page 8 |

```
01:50PM   1              (Proceedings were reported and not transcribed.)
01:50PM   2              MR. THAKUR:  At this time the government calls Dr. Lisa
01:50PM   3    Feldman.
01:50PM   4              THE COURT:  Dr. Feldman, good afternoon.
01:50PM   5              THE WITNESS:  Good afternoon.
01:50PM   6              (The witness is sworn.)
01:50PM   7              THE WITNESS:  I do.
01:50PM   8              THE COURTROOM DEPUTY:  Thank you.
01:50PM   9              Please state your name and spell it for the record.
01:50PM  10              THE WITNESS:  Dr. Lisa Beth Feldman, L-i-s-a, B-e-t-h,
01:50PM  11    F-e-l-d-m-a-n.
01:51PM  12              THE COURTROOM DEPUTY:  Thank you.
01:51PM  13             LISA FELDMAN, GOVERNMENT'S WITNESS, SWORN
01:51PM  14                          DIRECT EXAMINATION
01:51PM  15    BY MR. THAKUR:
01:51PM  16    Q.  Good afternoon, Dr. Feldman.
01:51PM  17    A.  Good afternoon.
01:51PM  18    Q.  Where do you work?
01:51PM  19    A.  I work at the Federal Detention Center in Miami.
01:51PM  20    Q.  And what do you do at the Federal Detention Center in Miami?
01:51PM  21    A.  I am a forensic psychologist.
01:51PM  22    Q.  And can you tell us what does that mean?  What do you do as a
01:51PM  23    forensic psychologist?
01:51PM  24    A.  I conduct court-ordered evaluations from various federal
01:51PM  25    courts, from mainly around the southeast region, on issues of
```

```
01:51PM   1   competency to stand trial, criminal responsibility, diminished
01:51PM   2   capacity, risk assessments, and treatment recommendations.
01:51PM   3   Q.  Can you talk a little bit about your experience.
01:51PM   4            How many, approximately, competency evaluations have you
01:51PM   5   done during your time at the BOP?
01:51PM   6   A.  Approximately several hundred evaluations.
01:51PM   7   Q.  And how many times have you testified in federal court
01:51PM   8   regarding federal competency?
01:51PM   9   A.  Approximately 60 times.
01:51PM  10   Q.  Okay.  And what is your educational background?
01:52PM  11   A.  I completed a bachelor's in psychology from Pennsylvania State
01:52PM  12   University, I completed a master's in clinical psychology from
01:52PM  13   Nova Southeastern University, and a doctorate in clinical
01:52PM  14   psychology from Nova Southeastern University.
01:52PM  15   Q.  And approximately how long have you worked in the field of
01:52PM  16   forensic psychology?
01:52PM  17   A.  As a forensic psychologist employed through the Federal
01:52PM  18   Detention Center, I have been in that position since 2007.
01:52PM  19            However, prior to that I conducted evaluations as an
01:52PM  20   independent contractor for the Federal Detention Center.
01:52PM  21            MR. THAKUR:  Your Honor, at this time we tender Dr.
01:52PM  22   Feldman as an expert in the field of forensic psychology.
01:52PM  23            THE COURT:  All right.
01:52PM  24   BY MR. THAKUR:
01:52PM  25   Q.  Dr. Feldman, how did you become involved in this case?
```

Lisa Feldman - Direct (Thakur)

| | | |
|---|---|---|
| 01:52PM | 1 | A. I received a court order directing the evaluation. |
| 01:53PM | 2 | Q. And that is of Salman Rashid? |
| 01:53PM | 3 | A. Yes. |
| 01:53PM | 4 | Q. And how did you go about conducting that assessment? |
| 01:53PM | 5 | A. May I reference my report? |
| 01:53PM | 6 | Q. Yes. |
| 01:53PM | 7 | A. Well, initially I conducted a clinical contact with Mr. Rashid |
| 01:53PM | 8 | to attempt to explain to him the nature and purpose of the |
| 01:53PM | 9 | evaluation and discuss the limits of confidentiality. |
| 01:53PM | 10 | During that meeting it became apparent that Mr. Rashid was |
| 01:53PM | 11 | refusing to cooperate with any of the testing or the interviews, |
| 01:53PM | 12 | so that led me to review collateral records, any available |
| 01:53PM | 13 | collateral record that was available; including the criminal |
| 01:53PM | 14 | complaint for the alleged offense, other court documents, the |
| 01:53PM | 15 | medical records from the Federal Detention Center, and monitored |
| 01:54PM | 16 | telephone conversations and e-mails that Mr. Rashid generated |
| 01:54PM | 17 | while at the FDC. |
| 01:54PM | 18 | Q. How many times did you meet with Mr. Rashid for your |
| 01:54PM | 19 | evaluation? |
| 01:54PM | 20 | A. Three times. |
| 01:54PM | 21 | Q. And do you remember on what dates those were? |
| 01:54PM | 22 | A. Yes. On January 22nd of 2022, February 10th of 2022, and |
| 01:54PM | 23 | February 28th of 2022. |
| 01:54PM | 24 | Q. And what did you observe during those sessions with Mr. |
| 01:54PM | 25 | Rashid? |

Lisa Feldman - Direct (Thakur)

```
01:54PM   1   A.  During those sessions I observed an impaired mental state.
01:54PM   2          His mood was -- it ranged in intensities.  Initially it
01:54PM   3   would start off as a neutral mood; however, when discussing the
01:54PM   4   current evaluation and my request for him to participate in the
01:55PM   5   evaluation, as well as his legal charges, he would become very
01:55PM   6   irritable.
01:55PM   7          His speech was tangential; meaning that he had great
01:55PM   8   difficulty remaining on the topic that I had intended to discuss.
01:55PM   9          He was very evasive and paranoid throughout the evaluation.
01:55PM  10   Q.  And based on your sessions with him, as well as review of the
01:55PM  11   collateral records, did you come to a conclusion as to his
01:55PM  12   competency to stand trial?
01:55PM  13   A.  Yes.
01:55PM  14   Q.  And what is your conclusion?
01:55PM  15   A.  I opine that he is incompetent to proceed.
01:55PM  16   Q.  And why is that?
01:55PM  17   A.  Due to primarily his impaired mental state, that would
01:55PM  18   interfere with his rational appreciation of the charges against
01:55PM  19   him, and his ability to assist his attorney in his defense.
01:56PM  20   Q.  And did you come to any conclusion as to whether he suffers
01:56PM  21   currently from mental disorder?
01:56PM  22   A.  Yes.
01:56PM  23   Q.  What was your conclusion?
01:56PM  24   A.  I assigned a diagnosis of unspecified schizophrenia spectrum
01:56PM  25   disorder, which indicates diagnostic uncertainty given the fact
```

```
01:56PM   1    that I had no available records to indicate when he began
01:56PM   2    experiencing mental health problems, as well as his refusal to
01:56PM   3    cooperate during the evaluation.
01:56PM   4    Q.  And so is it fair to say your diagnosis of or conclusion of
01:56PM   5    incompetence is mainly based on his present inability to assist
01:56PM   6    with his own defense?
01:56PM   7    A.  Yes.
01:56PM   8    Q.  Did Mr. Rashid comment at all or make any indications that he
01:56PM   9    suffered from hallucinations during your sessions with him?
01:57PM  10    A.  No.
01:57PM  11    Q.  And what are your recommendations as to treatment or next
01:57PM  12    steps given your diagnosis?
01:57PM  13    A.  I recommended what is consistent with the statute of 4241(d),
01:57PM  14    that Mr. Rashid be transferred to a federal medical center where
01:57PM  15    he would be able to undergo competency restoration treatment, and
01:57PM  16    that would also include assessment and possible treatment with
01:57PM  17    psychotropic medication.
01:57PM  18    Q.  And since it was brought up in the motion, based on your
01:57PM  19    opinion and expertise, is MCC Chicago a federal medical center?
01:57PM  20    A.  No, it is not.  It is a detention -- I'm sorry, a detention
01:57PM  21    center similar to the Federal Detention Center in Miami.
01:57PM  22    Q.  And would it be a suitable treatment facility to restore
01:57PM  23    competency?
01:58PM  24    A.  No.  It is not a federal medical center.  It does not have a
01:58PM  25    treatment program that would focus on competency restoration.
```

```
01:58PM   1          THE COURT:  Mr. Thakur, similar to what the Court has
01:58PM   2  already experienced by way of its authority, unless you are asking
01:58PM   3  Dr. Feldman to opine for purposes of giving this transcript to the
01:58PM   4  Attorney General, I don't see any need to proceed any further with
01:58PM   5  regard to a suitable facility.
01:58PM   6          MR. THAKUR:  Yes, Your Honor.  No further questions at
01:58PM   7  this time.
01:58PM   8          THE COURT:  Mr. Meyers and Mr. Rashid, let me advise you
01:58PM   9  that as part of this proceeding, you certainly have the right to
01:58PM  10  cross-examine witnesses, as well as testify on your own behalf and
01:58PM  11  call witnesses on your own.
01:58PM  12          And at this point, Mr. Meyers, if you'd like to proceed
01:58PM  13  with cross-examination.
01:58PM  14          MR. MEYERS:  Briefly, Your Honor.
01:58PM  15                       CROSS-EXAMINATION
01:58PM  16  BY MR. MEYERS:
01:58PM  17  Q.  Good afternoon, Dr. Feldman.
01:58PM  18  A.  Good afternoon.
01:58PM  19  Q.  You diagnosed Mr. Rashid with an unspecified schizophrenia
01:59PM  20  spectrum disorder; correct?
01:59PM  21  A.  Yes.
01:59PM  22  Q.  And you've been provided a copy of Dr. Marie DiCowden's
01:59PM  23  report; correct?
01:59PM  24  A.  Yes.
01:59PM  25  Q.  And you were able to -- you were able to read that; correct?
```

01:59PM 1   A. Yes.
01:59PM 2   Q. And in that it has a diagnosis of schizoaffective disorder.
01:59PM 3   Did you recall seeing that?
01:59PM 4   A. Yes.
01:59PM 5   Q. And being that you diagnosed him with an unspecified
01:59PM 6   schizophrenia spectrum disorder, would schizoaffective disorder be
01:59PM 7   on that spectrum?
01:59PM 8   A. Yes.
01:59PM 9   Q. Can you explain how it falls and how schizoaffective disorder
01:59PM 10  and schizophrenia relate?
01:59PM 11  A. I did not diagnose him with schizophrenia.
01:59PM 12  Q. Or excuse me.
01:59PM 13      How does schizophrenia disorder fall on the unspecified
01:59PM 14  spectrum -- schizophrenia spectrum?
01:59PM 15  A. Essentially schizoaffective disorder is a more specific
02:00PM 16  disorder that the evaluator is able to assign.
02:00PM 17      So Dr. DiCowden, based on her evaluation, came to a more
02:00PM 18  specific diagnosis than I did.
02:00PM 19  Q. Can you explain why?
02:00PM 20  A. Yes. I had no available records that established the onset of
02:00PM 21  Mr. Rashid's mental health symptoms, and I also did not have his
02:00PM 22  cooperation throughout the evaluation, and that is why I diagnosed
02:00PM 23  the unspecified.
02:00PM 24      MR. MEYERS: Thank you. No further questions.
02:00PM 25      THE COURT: All right. Any redirect?

Lisa Feldman - Cross (Meyers)

```
02:00PM   1         MR. THAKUR:  No, Your Honor.
02:00PM   2         THE COURT:  Thank you, Dr. Feldman.
02:00PM   3         THE WITNESS:  Thank you.
02:00PM   4         THE COURT:  I appreciate your time.
02:00PM   5         THE WITNESS:  Thank you.
02:00PM   6         (The witness is excused.)
02:00PM   7         (Proceedings were reported and not transcribed.)
          8                    C E R T I F I C A T E
          9         I certify that the foregoing is a correct EXCERPT
         10  transcript from the record of proceedings in the above-entitled
         11  matter.
         12
         13  December 4, 2022                     /s/ Vernita Allen-Williams
         14
         15
```