**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. <u>19-20803-CR-BLOOM</u>**

**UNITED STATES OF AMERICA**

**v.**

**SALMAN RASHID,**
 **a/k/a "Rasheed Salman,"**
 **a/k/a "Defender of the Deen,"**

**Defendant.**

_____/

### <u>THE UNITED STATES OF AMERICA'S STATUS REPORT</u>

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this status report as required by this Court's July 29, 2025, Order. [ECF No. 138].

1.      On October 17, 2025, the undersigned spoke with Dr. Allyson Sharf, a forensic psychologist employed by FMC Butner, who is treating defendant Salman Rashid. During this call, Dr. Sharf advised that she and Dr. Charles A. Cloutier, M.D., who is a BOP staff psychiatrist, met with Rashid on July 30, 2025, to discuss this Court's July 29, 2025, Order. During this meeting, both doctors explained the Order, provided a copy of it to Rashid for him to read, and then advised him of the medication that he is to take. After reading the Order and speaking with the doctors, Rashid agreed to comply.

2.      Dr. Sharf advised that, on August 1, 2025, Rashid began taking Aripiprazole (Abilify) once a day. Records show that Rashid has been consistent in taking the prescribed medication and has not missed a dose nor exhibited any difficulty in taking the medication. He has been fully compliant to date.

3.      Regarding competency, Dr. Sharf advised that it is "going fine." She stated that Rashid told her that he felt the medication has been helpful and has aided him in studying. Rashid has been attending competency restoration group once per week as required. Although Dr. Sharf has not administered the competency interview yet, she intends on doing so in the next few weeks. In her view, she believes that there has been improvement and that Rashid is on the right track towards reaching competency.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  _____

AJAY J. ALEXANDER
Assistant United States Attorney
Court ID No. A5502506
99 N.E. 4th Street, 8th Floor
Miami, Florida
(786) 385-4604
Ajay.Alexander@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_____
AJAY J. ALEXANDER
Assistant United States Attorney

2