UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:19-CR-20803-BB

UNITED STATES OF AMERICA,
   *Plaintiff,*

vs.

SALMAN RASHID,
   *Defendant.*
_____/

## MOTION TO CONTINUE CALENDAR CALL AND TRIAL

  COMES NOW, Defendant, SALMAN RASHID, and joined by the Government, hereby moves this Honorable Court for a continuance of trial in the above-styled matter, and as grounds in support therein would state the following:

1. This matter is scheduled for Calendar Call on May 26, 2026.

2. The Court is well aware of the lengthy procedural history of the instant case, specifically that for nearly the entire pendency of this matter, serious mental health concerns needed to be addressed.  Mr. Rashid was found incompetent to proceed to trial, and Defendant anticipates the Court will soon adjudicate him competent to proceed.

3. In anticipation of this finding, the Government and undersigned have had extensive plea negotiations, recognizing the seriousness of the allegations while also considering the significant mitigation presented.  There have been multiple conferences with various members of the U.S. Attorney's Office and law enforcement by both AUSA Alexander and/or the undersigned, in attempted to find mutually agreeable terms of a Plea Agreement.

4. Additionally, it should be brought to the attention of the Court that Defendant has been unable to discuss the case and any potential resolution with his family, because BOP refuses to approve their visitation request.  Since his return to the jurisdiction, Mr.

1

Rashid's family has attempted multiple times to submit identification documentation in order to be approved for visitation, only for their request to be repeatedly denied.

5. Although they had previously been approved prior to Mr. Rahid's relocation to FMC Butner, BOP now contends, without explanation, that Mr. Rashid's family members' identification documents are fraudulent.

6. More specifically, undersigned was advised that it was Defendant's sister's birth certificate is believed to be fraudulent.  This is absurd, as Dr. Afia Anjuman is a recent PhD graduate of Florida International University and currently employed by the State of Florida Department of Health.  None of the other agencies that verified her identity over the years have ever insinuated to Dr. Anjuman that her birth certificate is not authentic.

7. Defendant has not been afforded a meaningful opportunity to discuss his case with his family.  Prior to competency restoration, Defendant was not competent and therefore not in any mindset to be able to discuss the matter with his family.  Currently, Defendant is afforded short, recorded calls that do not provide the time or ability to carry on any form of an extended conversation.  Defendant wishes to see his family, pursuant to all other rules and regulations implemented by BOP and FDC-Miami.  Mr. Rashid is entitled to as much.

8. Undersigned and AUSA Alexander have been in contact with BOP and are assured this matter is being investigated.  However, should this matter not be resolved soon, undersigned will consider filing the appropriate motion with the Court.

9. Undersigned counsel conferred with AUSA Ajay Alexander, who has no objection to the instant motion.

WHEREFORE, Defendant prays this Honorable Court enter an order continuing the matter for 60 days.

Respectfully submitted,

/S/  Matthew P. Meyers, Esq.
Attorney for Defendant
2100 W. Flagler St.
Miami, FL 33135
305-322-6164

2

Matthew@majorrcaselawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2026, the foregoing document was filed with the

Clerk of the Court using CM/ECF electronic filing portal.

By:      /S/  Matthew P. Meyers, Esq
Counsel for Defendant

3